**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6542**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAVIER GUILLEN ISLAS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:19-cr-00079-RJC-DCK-1)

Submitted:  September 8, 2022                    Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Javier Guillen Islas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javier Guillen Islas appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Islas*, No. 3:19-cr-00079-RJC-DCK-1 (W.D.N.C. Apr. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*